IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRIANCA MICHELLE SHEELY, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00263-TES |
| | * |
| WARNER ROBINS HOUSING AUTHORITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk